# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-00800-JEM** | Date | **Nov. 17, 2020** |
|---|---|---|---|
| Title | **Charmia Lateac White v. Andrew M. Saul** | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S NOTICE OF NON-RECEIPT OF PLAINTIFF'S INITIAL PORTIONS OF JOINT SUBMISSION (Dkt. 21)**

On November 13, 2020, Defendant filed a Notice Of Non-Receipt Of Plaintiff's Initial Portions Of Joint Submission (Dkt. 21) indicating that Plaintiff failed to file his portions of the Joint Submission which were due on October 25, 2020.  The Court has granted two extensions.

Accordingly, the Court ORDERS plaintiff to show cause in writing on or before **December 1, 2020** why this action should not be dismissed for lack of prosecution.  The Order to Show Cause will be submitted upon the filing of plaintiff's response.  Plaintiff is advised that failure to provide Defendant with his portions of the Joint Submission may result in the Court recommending that the case be dismissed for failure to prosecute pursuant to Federal Rules of Civil Procedure, Rules 4(l) and 4(m).

| | : | |
|---|---|---|
| | Initials of Preparer | slo |