JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMIA LATEAC WHITE, | Case No. CV 20-0800-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.


DATED: December 7, 2020                    */s/ John E. McDermott*
                                        JOHN E. MCDERMOTT
                                        UNITED STATES MAGISTRATE JUDGE